# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2023
Lyle W. Cayce
Clerk

No. 22-30775
consolidated with
No. 23-30002

---

Metro Service Group, Incorporated,

*Plaintiff—Appellee*,

*versus*

Waste Connections Bayou, Incorporated, *formerly known as* Progressive Waste Solutions of LA, *formerly known as* IESI LA Corporation,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1136
USDC No. 2:21-CV-1136

---

Before Duncan and Wilson, *Circuit Judges*, and Schroeder, *District Judge*.[*]

J U D G M E N T

---

[*] District Judge of the Eastern District of Texas, sitting by designation.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Sep 05, 2023

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**